ISAAC BELL et al., Appellants, *v.* THE CITY OF YONKERS, Respondent.

*Bell v. City of Yonkers,* 78 Hun, 196, affirmed.
(Argued April 13, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered May 19, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Ralph E. Prime* for appellant.

*James M. Hunt* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

S. HOBART DORR, Respondent, *v.* AUGUST BECK, as Sheriff, etc., et al., Appellants.

*Dorr v. Beck,* 76 Hun, 540, affirmed.
(Argued April 13, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 12, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*D. N. McNaughton* and *F. M. Inglehart* for appellants.

*John F. Patterson* and *William J. Creamer* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except HAIGHT, J., not sitting.